UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORIE FEISTL, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-0491 |
| v. | : | |
| LUZERNE INTERMEDIATE UNIT, ANTHONY GRIECO, RONALD MUSTO, GREG KOONS, BETTY JEAN SEGEAR, and KIM GEISINGER | : : : | (JUDGE MANNION) |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion to dismiss the plaintiff's second amended complaint, **(Doc. 53)**, is **GRANTED IN PART AND DENIED IN PART**.

**(2)** The defendants' motion to dismiss the plaintiff's second amended complaint is **GRANTED** as follows:

**(a)** Counts One (Illegal Search), Two (Illegal Seizure) and Three (Due Process), are dismissed against defendant LIU and the individual defendants in their official capacities;

**(b)** Counts Four (Conspiracy to Interfere with Civil

    Rights), Five (Neglect to Prevent Conspiracy), Eight (Defamation), Nine (Invasion of Privacy - False Light), Twelve (IIED) and Thirteen (First Amendment) are dismissed against all defendants.

 **(c)** Counts Sixteen (PHRA Discrimination) and Seventeen (PHRA Retaliation) are dismissed against defendant Geisinger only; and

 **(d)** the plaintiff's request for punitive damages in the remaining claims are dismissed against defendant LIU and the individual defendants in their official capacities.

**(3)** The defendants' motion to dismiss the plaintiff's second amended complaint is **DENIED** as follows:

 **(a)** Counts One (Illegal Search), Two (Illegal Seizure) and Three (Due Process) against the individual defendants in their individual capacities will proceed;

 **(b)** Counts Six (Failure to Accommodate - Section 504 of the Rehabilitation Act), Seven (Retaliation - Section 504 of the Rehabilitation Act), Ten (FMLA Interference), Eleven (FMLA Retaliation), Fourteen (ADA - Discrimination) and Fifteen (ADA - Retaliation) will proceed; and

**(c)**  the plaintiff's claim for liquidated damages in Counts Ten (FMLA Interference) and Eleven (FMLA Retaliation) will proceed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  March 24, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0491-01-ORDER.wpd