# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORIE FEISTL, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-0491 |
| v. | : | |
| LUZERNE INTERMEDIATE UNIT, ANTHONY GRIECO, RONALD MUSTO, GREG KOONS, BETTY JEAN SEGEAR, and KIM GEISINGER, | : | (JUDGE MANNION) |
| Defendants | : | |

FILED
SCRANTON
APR 0 6 2018

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion for summary judgment, **(Doc. 79)**, is **GRANTED IN PART AND DENIED IN PART**.

(2) The defendants' motion for summary judgment is **GRANTED** with respect to Counts Six, Seven, Ten, Eleven, Fourteen, Fifteen, Sixteen and Seventeen of the plaintiff's second amended complaint.

(3) The defendants' motion for summary judgment is **DENIED** with respect to Counts One, Two and Three of the plaintiff's second amended complaint.

(4) A **Final Pretrial Conference** will be held **at 1:30 p.m. on April 25, 2018**, in the William J. Nealon Federal Building & U.S. Courthouse, 235 N. Washington Ave., Scranton, PA in Courtroom 3.

(5) The **Trial** will begin with jury selection **at 9:30 a.m. on May 14, 2018**, in the location noted above.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 6, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0491-02-ORDER.wpd